AO 245D (Rev. 3/01)  Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

UNITED STATES OF AMERICA
v.
**JOSE LUIS FIGUEROA RAMOS**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

**Case Number:** 1: 05 CR 10115 - 003 - ADB

Cara McNamara, Fed. Def.
Defendant's Attorney

Date of Original/Amended Judgment:  02/22/2008

## THE DEFENDANT:

[x] admitted guilt to violation of condition(s) __1-4__ of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| I | You must not commit another federal, state, or local crime | 08/23/19 |
| II | If ordered deported, you must not return without prior permission of DHS | 08/23/19 |
| III | You must use your true name | 08/23/19 |
| IV | You are prohibited from using any false identifying information | 08/23/19 |

[ ] See continuation page

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district with 30 days of any change of name, residence, or maling address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

08/14/24
Date of Imposition of Judgment

Defendant's Soc. Sec. No.:

Defendant's Date of Birth: 1969

Defendant's USM No.: 25560-038

Defendant's Residence Address:
in federal custody

The Honorable Allison D. Burroughs
Signature of Judicial Officer
/s/ Allison D. Burroughs

Judge, U.S. District Court
Name & Title of Judicial Officer

Defendant's Mailing Address:
Same as above

08/14/2024
Date

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

CASE NUMBER: 1: 05 CR 10115 - 003 - ADB
DEFENDANT: JOSE LUIS FIGUEROA RAMOS

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 8 month(s)

The term of imprisonment shall run consecutively to the defendant's imprisonment under District of New Jersey file 2:20-CR-00434-1-MCA.
No supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
   ☐ at _____ on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before _____ on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal